IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:22-cv-00006-O |
| WICHITA FALLS PLUMBING, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On October 7, 2022, the Court issued its Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge and its Permanent Injunction. This is a final judgment that fully and finally resolves all remaining parties and claims to this suit and may be appealed. All relief not granted in this Final Judgment is denied.

**SO ORDERED** on this **6th day of October, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE